**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ARCHIE W. HENRY                                                                                          PLAINTIFF

v.              3:13CV00146-JM-JJV (LEAD)
                3:13CV00147 -JM-JJV (CONSOL)

MATT HALL, Jail Administrator,
Craighead County Jail; *et al*.                                                                   DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

DATED this 2nd day of December, 2014.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1